DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NILDA MORTON, ) <br> ) <br> Defendant. ) <br> ) | Criminal No. 2016-39 |

ATTORNEYS:

**Joycelyn Hewlett, Acting United States Attorney**
**Delia L. Smith, AUSA**
United States Attorney's Office
St. Thomas, VI
    *For the United States of America,*

**Juan F. Matos-de Juan**
Hato Rey, PR
    *For defendant Nilda Morton.*

ORDER

**GÓMEZ, J.**

Before the Court is the motion of Nilda Morton to expedite her sentencing hearing.

On October 13, 2016, Nilda Morton ("Morton") was charged in an indictment with multiple Counts of possession with the intent to distribute a controlled substance. In a January 23, 2017, change of plea hearing, Morton pled guilty to those charges. On that same date, a sentencing hearing in this matter was scheduled for April 6, 2017.

*United States v. Morton*
Crim. No. 16-39
Order
Page 2

On March 14, 2017, Morton filed a "Motion to Expedite Sentencing Hearing (Unopposed)" (the "Motion"). In the Motion, Morton states that she is currently pregnant. Morton explains that if she is sentenced prior to 36 weeks of pregnancy, she may be designated to a maternity facility that will allow her to keep custody of her child for eight months. Morton states that Assistant United States Attorney Delia Smith has indicated that the United States does not oppose expediting the sentencing hearing. In consideration of the current situation, Morton requests that the Court expedite her sentencing hearing.

The premises considered, it is hereby

**ORDERED** that the sentencing hearing for Nilda Morton previously scheduled for April 6, 2017, is hereby **RESCHEDULED** to commence promptly at 9:00 am on March 23, 2017.

S\_____
**Curtis V. Gómez**
**District Judge**