DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| UNITED STATES, ) | |
| Plaintiff, ) | |
| v. ) | Case No. 3:16-cr-0039 |
| NILDA MORTON, ) | |
| Defendant. ) | |

ORDER

**BEFORE THE COURT** is Nilda Morton's ("Morton") *pro se* motion for compassionate release, filed on August 17, 2020. (ECF No. 404.) On October 8, 2020, the Court appointed CJA attorney Juan Matos-de Juan to represent Morton in her motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A). To date, Attorney Matos-de Juan has not filed anything in support of the motion.

The premises considered, it is hereby

**ORDERED** that, **no later than August 10, 2021**, Counsel shall provide notice to the Court as to whether he intends to file a supplemental brief in support of Morton's motion.

Dated: August 5, 2021

s/ *Robert A. Molloy*
ROBERT A. MOLLOY
Chief Judge